IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GRIFFITH JONES, ET UX** | * | |
| **Plaintiff(s)** | * | |
| vs. | | Civil No.: CCB-00-2781 |
| | * | |
| **AMERICAN HOME PRODUCTS** | | |
| **CORPORATION, ET AL.** | * | |
| **Defendant(s)** | | |

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this  16  day of  January , 2001,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

_____
Catherine C. Blake
United States District Judge

